AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Idaho

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:25-mj-00265-DKG |
| DAYANA FAJARDO | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

U.S. MARSHALS SERVICE
DISTRICT OF IDAHO

OCT 1 5 2025

RECEIVED

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DAYANA FAJARDO                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1955, Prohibition of Illegal Gambling Business

Date:    10/15/2025

*Issuing officer's signature*

City and state:    Boise, Idaho

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* 10.15.2025 , and the person was arrested on *(date)* 10.19.2025 at *(city and state)* Wilder, ID . |

Date:    10.19.2025

*Arresting officer's signature*

Signed on behalf of arresting FBI agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

Case 1:25-mj-00265-DKG    Document 3    Filed 10/15/25    Page 2 of 2

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: DAYANA FAJARDO

Known aliases:

Last known residence: 904 Oak Avenue, Apt. 44, Nyssa, Oregon 97913

Last known telephone numbers:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 04/29/1986

Social Security number:

Height: _____ Weight: _____

Sex: Female Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: