Theodore Blank
Idaho State Bar No. 8865
LAW OFFICE OF JEFFREY BROWNSON
223 North 6th Street, Suite 215
Boise, Idaho 83702
(208) 342-5800
(208) 437-8041 (fax)
tblank@jeffreybrownsonlaw.com

Attorney for Dayana Fajardo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO
(Honorable Amanda K. Brailsford)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAYANA FAJARDO,<br><br>　　　　Defendant. | CASE NO. CR-25-291-AKB<br><br>**RESPONSE TO GOVERNMENT'S MOTION FOR DETENTION** |

**Introduction**

　　　　This is a case where the Court should deny the government's request for a detention hearing.  Ms. Fajardo is the mother of five U.S.-citizen children, has resided in the United States for 24 years (all of her adult life) and has no prior criminal history other than a single driving without privileges conviction.

　　　　To obtain a detention hearing, the government must show Ms. Fajardo is a serious flight risk, meaning "a great risk – beyond average," *United States v.*

*Figueroa-Alvarez*, 681 F. Supp. 3d 1131, 1138 (Chief Magistrate Judge Patricco, D. Idaho 2023), or "'something more than your garden variety defendant, a weighty, substantial risk and not inconsequential and not average,'" *id.* (quoting *United States v. Alvarenga-Canan*, No. 1:23-cr-00042-BLW, Motion Hearing (March 2, 2023), Tr. at 45 (Dkt. 26) (Winmill, J.)).

The government's efforts to paint this dedicated soccer-mom as representing a serious risk of flight falls flat. This response to the government's motion for detention presents the proffer and evidence Ms. Fajardo will ask the Court to consider in evaluating the propriety of the government's request for a full detention hearing.

## Proffer/Evidence

Ms. Fajardo offers the following proffer and evidence related to the threshold risk-of-flight determination.

1. Ms. Fajardo's son, Christopher Neri-Fajardo, a U.S. citizen and resident of Nyssa, Oregon would testify to the following facts:

> Dayana Fajardo is 39 years old and came to the United States 24 years ago, shortly before Mr. Neri-Fajardo was born. She has remained in the United States since then. Ms. Fajardo has five children, all born in the United States, and all currently residing in Nyssa, Oregon. They are Mr. Neri-Fajardo himself (age 23), Jennifer Neri-Fajardo (age 20), S.B. (age 14), L.B. (age 11), and O.B. (age 10). She has raised all of her children in the Nyssa area.
>
> At the time of her arrest, Mr. Fajardo resided in Nyssa with her three underage children. Those children attend Nyssa public schools. Each is a participant in school sports (soccer, football, and wrestling respectively).

Mr. Neri-Fajardo and his spouse are able and willing to materially support Ms. Fajardo during the pendency of this case. Indeed, Mr. Neri-Fajardo has been provisionally caring for his three underage siblings since Ms. Fajardo's arrest.

2. In Ms. Fajardo's single prior encounter with the judicial system, her 2018 driving-without-privileges charge, she appeared at all court appearances (two of them), as directed by the court. *See* Exhibit A (docket of state court proceedings, showing she appeared for arraignment and then for a pretrial conference).

## Conclusion

For these reasons, and others to be discussed at the arraignment, the government cannot show that Ms. Fajardo is a serious risk of flight. The Court should deny the government's requestion for a detention hearing.

DATED this 27th day of October 2025.

/s/ Theodore Blank

CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of October 2025, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Kelsey Manweiler
    Special Assistant United States Attorney
    Kelsey.Manweiler@usdoj.gov

    /s/ Theodore Blank