## Case Information

CR23-18-1420 | State of Idaho Plaintiff, vs. Dayana Fajardo Juarez Defendant.

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| CR23-18-1420 | Gem County Magistrate Court | Smith, Tyler D. |
| **File Date** | **Case Type** | **Case Status** |
| 10/12/2018 | Criminal | Closed |

## Party

**State**
State of Idaho

**Active Attorneys** ▼
Lead Attorney
Gem County Prosecutor

**Defendant**
Fajardo Juarez, Dayana

**DOB**
XX/XX/1986

## Charge

**Charges**
Fajardo Juarez, Dayana

| | Description | Citation | Statute | Level | Details Date |
|---|---|---|---|---|---|
| 1 | Driving Without Privileges | 16621 | I18-8001 | Misdemeanor | 10/11/2018 |

## Disposition Events

**10/23/2018 Plea** ▾

Judicial Officer
Smith, Tyler D.

| 1 | Driving Without Privileges | | Guilty |
|---|---|---|---|

**11/20/2018 Disposition** ▾

Judicial Officer
Smith, Tyler D.

| 1 | Driving Without Privileges | | Guilty |
|---|---|---|---|

**11/20/2018 Misdemeanor Sentence** ▾

| 1 | Driving Without Privileges | Misdemeanor Sentence |
|---|---|---|

Fee Totals

Due: 03/30/2019

$172.50

$100.00

Fee Totals

$272.50

Confinement

Type: County Jail

Facility: Gem County Jail

Term: 1 Day

Effective Date: 11/20/2018

Pre-Sentence Credit for Time Served

Credit Term: 1 Day

## Events and Hearings

10/12/2018 New Case - Criminal

10/12/2018 Order ▼

  Comment
  To Appear After Posting Bond or Other Release

10/23/2018 Arraignment - by Deputy Clerk ▼

  Judicial Officer
  Clerk, Magistrate Court

  Hearing Time
  4:00 PM

  Result
  Hearing Held

10/23/2018 Notification of Rights

10/23/2018 Notice of Hearing

11/20/2018 Pre-trial Conference ▼

  Judicial Officer
  Smith, Tyler D.

  Hearing Time
  9:00 AM

Result
Hearing Held

Parties Present ▲
  State: State of Idaho
    Prosecuting Attorney: Gem County Prosecutor
  Defendant: Fajardo Juarez, Dayana

11/20/2018 Court Minutes

11/20/2018 Change Plea to Guilty Before Hearing/Trial

11/20/2018 Judgment

11/20/2018 Bond Converted / Exonerated

11/20/2018 Case Final Judgment Entered